.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Kevin A. Tolliver**

    **Plaintiff,**

                                **Case No. 2:16-cv-1020**

  vs.

                                **JUDGE GEORGE C. SMITH**

**Warden Noble et al**                 **Magistrate Judge Kemp**

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on 3/8/2017, The *Order and Report and Recommendation,* ECF No. 11, is **ADOPTED** and **AFFIRMED**. Plaintiff's Complaint is hereby **DISMISSED** for failure to state a claim. Further, Plaintiff's Motion for Extension of Time to File an Amended Complaint is **DENIED AS MOOT**. This case is terminated.


Date: March 8, 2017                             **Richard W. Nagel, Clerk of Court**

                                                        By:   /s/Allison Moran
                                                                  Allison Moran, Deputy Clerk