# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEVIN A. TOLLIVER,**

    **Plaintiff,**

  v.                                   **Civil Action 2:16-cv-1020**
                                          **Judge George C. Smith**
                                          **Magistrate Judge Jolson**

**WARDEN NOBLE, et al.,**

    **Defendants.**

## **ORDER**

This matter is before the Court on Plaintiff's Motion Requesting Order to Supply Addresses of All Parties Not Served (Unexecuted Summonses) or Alternatively Clerk to Order Service at Last Known Address of Record (Doc. 43). The parties are **ORDERED** to meet and confer regarding Defendants' ability to provide Plaintiff with the requested addresses. On or before April 4, 2019, the parties shall file a joint status report regarding the status of Plaintiff's request.

    IT IS SO ORDERED.


Date: March 15, 2019                                       /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE