# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

KEVIN A. TOLLIVER,

    **Plaintiff,**

  v.                                    Civil Action 2:16-cv-1020
                                            Judge George C. Smith
                                            Magistrate Judge Jolson

WARDEN NOBLE, et al.,

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Request for Extension of Time Ten (10) Days to Reply to Defendant's Response to Requested Preliminary Injunction and Temporary Restraining Order (Doc. 52). For good cause shown, the Request is **GRANTED**. Plaintiff shall file any reply on or before April 20, 2019.

    IT IS SO ORDERED.

Date: April 3, 2019                                    /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE