# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEVIN A. TOLLIVER,**

    **Plaintiff,**

v.                                       Civil Action 2:16-cv-1020
                                          Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Kimberly A. Jolson

**WARDEN NOBLE, et al.,**

    **Defendants.**

## OPINION AND ORDER

    This matter is before the Court on two requests from Plaintiff for temporary restraining orders against the Ohio Department of Rehabilitation and Corrections.  (ECF No. 195, 196.)  The Ohio Department of Rehabilitation and Corrections is not a defendant in this case, nor is there any state defendant that remains in this case.  Thus, Plaintiff's motions are **DENIED**.  (ECF No. 195, 196.)  This case remains open.

    **IT IS SO ORDERED.**

**5/26/2022**                                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                                        **EDMUND A. SARGUS, JR.**
                                                                           **UNITED STATES DISTRICT JUDGE**